**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 16, 2009**

Mr. John P. Kujawski
Kujawski & Associates, P.C.
1331 Park Plaza Dr, Suite 2
O'Fallon, IL 62269-1764

    Re: *David Worstell v. 3M Company* -- 4:08-CV-00579-WRW

Dear Mr. Kujawski:

I have received Defendant's Motion to Compel Discovery, which was filed on February 24, 2009, and it appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by 12:00, noon, on Friday, March 20, 2009, I will grant the motion.

                                        Cordially,

                                        /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:      Other Counsel of Record

---

[1] The response was due on Tuesday, March 10, 2009.