# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID WORSTELL**                                                                                    **PLAINTIFF**

**vs.**                                             **4:08CV00579-WRW**

**3M COMPANY (F/KA MINNESOTA MINING**                              **DEFENDANT /**
**AND MANUFACTURING)**                                              **THIRD PARTY PLAINTIFF**

**vs.**

**RAIL LINK, INC.**                                                                **THIRD PARTY DEFENDANT**

## ORDER

On June 22, 2009, the parties filed a Stipulation and Motion for Dismissal With Prejudice (Doc. No. 51), which states that all of Plaintiff's claims, as well as all cross claims, counter claims, and third party claims, should be dismissed with prejudice -- with each party paying its own cost. Based on that Stipulation, this case -- including all cross claims, counter claims, and third party claims, is DISMISSED with prejudice. Each party is will pay its own costs.

IT IS SO ORDERED this 30th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE